IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No.  08-cv-876-DRH-PMF |
| | ) |
| TERRI G. RAY and GENE RAY, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court for the purpose of docket control.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated September 24, 2009, this case is **DISMISSED** with prejudice as moot---------

JUSTINE FLANAGAN, ACTING CLERK


BY: /s/*Sandy Pannier*
Deputy Clerk

Dated: September 24, 2009


APPROVED: /s/ *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT